IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CV-00024-FL

| | | |
|---|---|---|
| JOYCE LONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| STUART PARKER and USAA | ) | |
| FEDERAL SAVINGS BANK, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915, which permits an indigent litigant to commence suit in federal court without paying administration costs associated with such proceedings, and for frivolity review. [DE-1]. Plaintiff has demonstrated appropriate evidence of inability to pay the required court costs. Furthermore, the court has reviewed the allegations of the complaint, in accordance with 28 U.S.C. § 1915(e)(2)(B), and the complaint shall be allowed to proceed at this time. However, Plaintiff failed to sign the complaint and failed to provide a summons for each Defendant. Accordingly, the court orders as follows:

(1) Plaintiff's application is ALLOWED;

(2) The Clerk is DIRECTED to return the complaint to Plaintiff for signature, and Plaintiff shall have 21 days to resubmit a signed complaint and a summons for each Defendant; and

(3) Upon receipt of the signed complaint and summonses, the Clerk is DIRECTED to file the complaint and issue the summonses prepared by Plaintiff. The United States Marshal is DIRECTED to serve the summonses and a copy of the

complaint on Defendants.

SO ORDERED, this the 11 day of April 2016.

_____
Robert B. Jones, Jr.
United States Magistrate Judge