

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700  
Fax (919) 645-1750

Julie Richards Johnston  
Clerk of Court

May 9, 2016

Joyce Loney
103 SE 54th St.
Oak Island, NC 28465

    RE: <u>Loney v. Parker, et al</u>
        Case No. 7:16-cv-24-FL

Dear Ms. Loney:

On April 11, 2016, the court entered an order in the above-referenced case that directed you to resubmit a signed version of your complaint and a summons for each defendant. Included in that mailing for your convenience were two blank summonses forms for this purpose. A review of your court file indicates you did return a signed version of your complaint, but have not provided a completed proposed summonses for issuance as to each individual defendant. For your convenience, two blank civil summons forms are included in this mailing.

**Please return the completed documents for filing and processing within fourteen (14) days of the date of this letter.**

For your reference and convenience, governing rules and other useful information may be found on the court's website at www.nced.uscourts.gov.

      Kindest Regards,

      Julie Richards Johnston, Clerk of Court

      *Christa N. Baker*
      _____
      By: Christa N. Baker, Deputy Clerk
      (252) 638-7501

Encs.