

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Julie Richards Johnston
Clerk of Court

June 10, 2016

Joyce Loney
103 SE 54th St.
Oak Island, NC 28465

      RE: Case No. 7:16-cv-24-FL; Loney v. Parker, et al

Dear Ms. Loney:

On June 10, 2016, the court entered an order by a text-only docket entry in your case. This order states as follows:

**TEXT ORDER - This matter comes now before the court upon the clerk's notice of plaintiff's failure to respond most recently to the clerk's 5/9/2016 missive requiring submission with 14 days of completed proposed summonses. Of its own initiative, the court extends the deadline up to and until 6/27/2016. If plaintiff again fails to respond, the clerk is directed to dismiss the action and close the file for failure to prosecute. Signed by District Judge Louise Wood Flanagan on 6/10/2016.**

A copy of the notice of electronic filing of the text order is included with this letter. The court did not write the order on a separate document. This entry *is* the order of the court. As explained in Section M(2) of the Eastern District of North Carolina's Case Management/Electronic Case Filing Policy Manual, the text-only entry is the court's only order on the matter, and a *docket text order is official and binding.*

If you need additional information, you may refer to the policy manual, which is posted on the district's website at http://www.nced.uscourts.gov/pdfs/cmecfPolicyManual.pdf. You may also review the policy manual on file at the Clerk's Office.

Thank you for your attention to this matter.

Sincerely,

*Christa N. Baker*
Christa N. Baker, Deputy Clerk

Enclosure: Notice of Electronic Filing of Text Order
cc: Counsel of record (electronic notice)