# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOYCE LONEY | 7:16-CV-24-FL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| STUART PARKER and USAA FEDERAL SAVINGS BANK | SUMMONS/COMPLAINT |

**RECEIVED JUN 30 2016 U.S. Marshals Service, EDNC**

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
STUART PARKER
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9800 Fredericksburg Rd., San Antonio, TX 78288

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. DISTRICT COURT
CLERK'S OFFICE
PO BOX 25670
RALEIGH, NC 27611

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 56 | No. 56 | Carol Smith | 6-30-16 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 7-6-16   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: Carol Smith

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | 8.00 $0.00 |

REMARKS: 6-30-16 cm 7016 0910 0000 6529 0604
7-11-16 See Green Card

**FILED JUL 13 2016**

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Form USM-285
Rev. 11/13

English    Customer Service    USPS Mobile    Register / Sign In

# USPS.COM®

## USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70160910000065290604

**Updated Delivery Day:** Wednesday, July 6, 2016

## Product & Tracking Information

**Postal Product:**　　**Features:**
　　　　　　　　　　Certified Mail™

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 6, 2016, 9:29 am | Delivered | SAN ANTONIO, TX 78265 |

Your item was delivered at 9:29 am on July 6, 2016 in SAN ANTONIO, TX 78265.

| | | |
|---|---|---|
| July 6, 2016, 7:17 am | Available for Pickup | SAN ANTONIO, TX 78265 |
| July 6, 2016, 6:44 am | Arrived at Unit | SAN ANTONIO, TX 78265 |
| July 4, 2016, 4:28 am | Departed USPS Facility | SAN ANTONIO, TX 78284 |
| July 3, 2016, 11:51 am | Arrived at USPS Facility | SAN ANTONIO, TX 78284 |
| July 1, 2016, 6:52 pm | Departed USPS Facility | RALEIGH, NC 27676 |
| June 30, 2016, 9:01 pm | Arrived at USPS Facility | RALEIGH, NC 27676 |

ge Incoming Packages
ur packages from a dashboard.
numbers necessary.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.   CnS

1. Article Addressed to:

Stuart Parker
9800 Fredericksburg Road
San Antonio, TX  78288


9590 9402 1790 6074 4451 68

7l6cV24FL

2. Article Number (Transfer from service label)
7016 0910 0000 6529 0604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
　　　　　　　　　 ☐ Addressee
B. Recei_____  C. _____ of _____ery

Delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No


RECEIVED JUL 11 2016

3. Service Type
☐ Adult Signature          ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery   ☐ Registered Mail™
☐ Certified Mail®          ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise
☐ Collect on Delivery      ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

for My USPS ›


LEGAL INFORMATION
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

PS Form 3811, July 2015 PSN 7530-02-000-9053   Case 7:16-cv-00024-FL   Document 16   Filed 07/13/16   Page 2 of 2   Domestic Return Receipt

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70160910 0000 6529 0604     7/11/2016